IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 06-788 (JJF) |
| FREESCALE SEMICONDUCTOR, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Freescale Semiconductor, Inc. may have until January 22, 2007 in which to move, answer or otherwise plead in response to plaintiff's complaint.

ASHBY & GEDDES                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Steven J. Balick*                            */s/ Mary B. Graham*

Steven J. Balick (#2114)                          Mary B. Graham (#2256)
John G. Day (#2403)                               1201 North Market Street
Lauren E. Maguire (#4261)                         P.O. Box 1347
500 Delaware Avenue, 8th Floor                    Wilmington, DE 19899
P.O. Box 1150                                     302.658.9200
Wilmington, DE 19899
302.654.1888                                      *Attorneys for Defendant*
                                                  *Freescale Semiconductor, Inc.*
*Attorneys for Plaintiff*
*ProMOS Technologies, Inc.*

Dated:  January 10, 2007


SO ORDERED, this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

662013