IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PROMOS TECHNOLOGIES, INC.,       :
                                 :
        Plaintiff,               :
                                 :
    v.                           :   Civil Action No. 06-788 JJF
                                 :
FREESCALE SEMICONDUCTOR, INC.,   :
                                 :
        Defendant.               :

### O R D E R

IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) a Rule 16 Scheduling Conference will be held on **Friday, April 20, 2007 at 11:35 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

January 23, 2007
DATE

UNITED STATES DISTRICT JUDGE