IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-788-JJF |
| ) | |
| v. ) | |
| ) | |
| FREESCALE SEMICONDUCTOR, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Steven J. Routh, Sten A. Jensen, William H. Wright, and Susan M. Cook to represent ProMOS Technologies, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $100.00 will be submitted to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff
ProMOS Technologies, Inc.*

Dated: March 15, 2007
178895.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-788-JJF |
| v. | ) ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) ) | |
| Defendant. | ) ) | |

## ORDER

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Steven J. Routh, Sten A. Jensen, William H. Wright, and Susan M. Cook to represent ProMOS Technologies, Inc., in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Steven J. Routh
HOGAN & HARTSON, L.L.P.
555 13th Street N.W.
Washington, D.C. 20004
(202) 637-6472

Dated: March 13, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Sten Jensen
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-6465

Dated: March 13, 2007

111461.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
William H. Wright
Hogan & Hartson, LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

Dated: March 13, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
**Susan Cook**
**HOGAN & HARTSON LLP**
**555 Thirteenth Street, N.W.**
**Washington, D.C. 20004**
**(202)637-6684**

Dated: March 12, 2007

111461.1