IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-788-JJF |
| ) | |
| v. ) | |
| ) | |
| FREESCALE SEMICONDUCTOR, INC., ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kevin S. Willen to represent ProMOS Technologies, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 will be submitted to cover the annual fee for the attorney listed above.

                                                  ASHBY & GEDDES

                                                  */s/ John G. Day*

                                                  _____
                                                  Steven J. Balick (I.D. #2114)
                                                  John G. Day (I.D. #2403)
                                                  Lauren E. Maguire (I.D. #4261)
                                                  500 Delaware Avenue, 8th Floor
                                                  P.O. Box 1150
                                                  Wilmington, DE 19899
                                                  Telephone:  (302) 654-1888
                                                  Facsimile:  (302) 654-2067
                                                  sbalick@ashby-geddes.com
                                                  jday@ashby-geddes.com
                                                  lmaguire@ashby-geddes.com

                                                  *Attorneys for Plaintiff*
                                                  *ProMOS Technologies, Inc.*

Dated: March 21, 2007
179075.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-788-JJF |
| v. | ) ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) ) | |
| Defendant. | ) ) | |

### ORDER

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Kevin S. Willen to represent ProMOS Technologies, Inc., in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Kevin S. Willen
Hogan & Hartson LLP
555 Thirteenth Street, N. W.
Washington, D.C. 20004-1109
(202) 637-5600

Dated: March 21, 2007

111461.1