IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-788 (JJF) |
| | ) |
| FREESCALE SEMICONDUCTOR, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of *Freescale's Initial Disclosure Statement* were caused to be served on April 30, 2007 upon the following in the manner indicated:

BY E-MAIL AND HAND DELIVERY

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

sbalick@ashby-geddes.com

BY E-MAIL

WILLIAM H. WRIGHT, ESQUIRE
HOGAN & HARTSON LLP
WHWRIGHT@HHLAW.COM

STEVEN J. ROUTH, ESQUIRE
HOGAN & HARTSON LLP
SJROUTH@HHLAW.COM

STEN A. JENSEN, ESQUIRE
HOGAN & HARTSON LLP
SAJENSEN@HHLAW.COM

- 2 -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Mary B. Graham (#2256)*

          _____
          Mary B. Graham (#2256)
          James W. Parrett, Jr. (#4292)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347

OF COUNSEL:           302.658.9200

David L. Witcoff           *Attorneys for Freescale Semiconductor, Inc.*
Kevin P. Ferguson
John M. Michalik
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
312.782.3939

F. Drexel Feeling
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
216.586.3939

April 30, 2007
789672

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Steven J. Balick, Esquire
>ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 30, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**sbalick@ashby-geddes.com**

**BY E-MAIL**

William H. Wright, Esquire
HOGAN & HARTSON LLP
**whwright@hhlaw.com**

Steven J. Routh, Esquire
HOGAN & HARTSON LLP
**sjrouth@hhlaw.com**

Sten A. Jensen, Esquire
HOGAN & HARTSON LLP
**sajensen@hhlaw.com**

*/s/ Mary B. Graham (#2256)*

Mary B. Graham (#2256)