IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-788-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of June, 2007, **PLAINTIFF PROMOS TECHNOLOGIES, INC.'S SECOND SET OF INTERROGATORIES TO DEFENDANT FREESCALE SEMICONDUCTOR, INC. (No. 15)** was served upon the following counsel of record at the address and in the manner indicated:

Mary B. Graham, Esquire                                   VIA ELECTRONIC MAIL
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19899-1347

Kevin P. Ferguson, Esquire                                VIA ELECTRONIC MAIL
Jones Day                                                 and FEDERAL EXPRESS
77 West Wacker
Chicago, IL  60601-1692

F. Drexel Feeling, Esquire                                VIA ELECTRONIC MAIL
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190

                          ASHBY & GEDDES

                          /s/ *John G. Day*
                          _____

                          Steven J. Balick (I.D. #2114)
                          John G. Day (I.D. #2403)
                          Lauren E. Maguire (I.D. #4261)
                          500 Delaware Avenue, 8th Floor
                          P.O. Box 1150
                          Wilmington, DE 19899
                          Telephone: (302) 654-1888
                          Facsimile: (302) 654-2067
                          sbalick@ashby-geddes.com
                          jday@ashby-geddes.com
                          lmaguire@ashby-geddes.com

                          *Attorneys for Plaintiff*
                          *ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600

Steven J. Routh
Sten A. Jensen
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Dated: May 14, 2007
177270.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | VIA ELECTRONIC MAIL |
| Kevin P. Ferguson, Esquire<br>Jones Day<br>77 West Wacker<br>Chicago, IL  60601-1692 | VIA ELECTRONIC MAIL<br>and FEDERAL EXPRESS |
| F. Drexel Feeling, Esquire<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | VIA ELECTRONIC MAIL |

/s/ *John G. Day*
_____
John G. Day