IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-788-JJF |
| ) | |
| v. ) | |
| ) | |
| FREESCALE SEMICONDUCTOR, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of July, 2007, **SUPPLEMENTAL RESPONSES OF PLAINTIFF PROMOS TECHNOLOGIES, INC. TO DEFENDANT FREESCALE SEMICONDUCTOR, INC.'S FIRST SET OF INTERROGATORIES (Nos. 11 and 16)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899-1347 | <u>VIA ELECTRONIC MAIL</u> |
| Kevin P. Ferguson, Esquire<br>Jones Day<br>77 West Wacker<br>Chicago, IL 60601-1692 | <u>VIA ELECTRONIC MAIL<br>and FEDERAL EXPRESS</u> |
| F. Drexel Feeling, Esquire<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190 | <u>VIA ELECTRONIC MAIL</u> |

*Of Counsel*:

William H. Wright
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Steven J. Routh
Sten A. Jensen
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Dated: July 2, 2007
177270.1

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*ProMOS Technologies, Inc.*