IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-788-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 16th day of July, 2007, **PLAINTIFF PROMOS TECHNOLOGIES, INC.'S THIRD SET OF INTERROGATORIES TO DEFENDANT FREESCALE SEMICONDUCTOR, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE  19899-1347 | VIA ELECTRONIC MAIL |
| Kevin P. Ferguson, Esquire<br>Jones Day<br>77 West Wacker<br>Chicago, IL  60601-1692 | VIA ELECTRONIC MAIL<br>and FEDERAL EXPRESS |
| F. Drexel Feeling, Esquire<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | VIA ELECTRONIC MAIL |

                    ASHBY & GEDDES

                    /s/ *Lauren E. Maguire*

                    _____
                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Lauren E. Maguire (I.D. #4261)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, DE 19899
                    Telephone: (302) 654-1888
                    Facsimile: (302) 654-2067
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com
                    lmaguire@ashby-geddes.com

                    *Attorneys for Plaintiff*
                    *ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600

Steven J. Routh
Sten A. Jensen
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Dated: July 16, 2007
177270.1