IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREESCALE SEMICONDUCTOR, INC., ) <br> ) <br> Defendant. ) | C.A. No. 06-788-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of July, 2007, **PLAINTIFF PROMOS TECHNOLOGIES, INC.'S FOURTH SET OF INTERROGATORIES TO DEFENDANT FREESCALE SEMICONDUCTOR, INC. (Nos. 19-20)** was served upon the following counsel of record at the address and in the manner indicated:

Mary B. Graham, Esquire  
Morris, Nichols, Arsht & Tunnell LLP  
1201 N. Market Street  
Wilmington, DE 19899-1347

<u>BY HAND AND ELECTRONIC MAIL</u>

David L. Witcoff, Esquire  
Kevin P. Ferguson, Esquire  
Jones Day  
77 West Wacker  
Chicago, IL 60601-1692

<u>VIA ELECTRONIC MAIL
and FEDERAL EXPRESS</u>

F. Drexel Feeling, Esquire  
Jones Day  
North Point  
901 Lakeside Avenue  
Cleveland, OH 44114-1190

<u>VIA ELECTRONIC MAIL</u>

          ASHBY & GEDDES

          /s/ *John G. Day*

          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          Lauren E. Maguire (I.D. #4261)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          Telephone: (302) 654-1888
          Facsimile: (302) 654-2067
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          lmaguire@ashby-geddes.com

          *Attorneys for Plaintiff*
          *ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Steven J. Routh
Sten A. Jensen
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Dated: July 17, 2007
177270.1