IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-788-JJF |
| ) | |
| v. ) | |
| ) | |
| FREESCALE SEMICONDUCTOR, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of July, 2007, **PLAINTIFF PROMOS TECHNOLOGIES, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANT FREESCALE SEMICONDUCTOR, INC.'S SECOND SET OF INTERROGATORIES (No. 18)** was served upon the following counsel of record at the address and in the manner indicated:

Mary B. Graham, Esquire                                VIA ELECTRONIC MAIL
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Stacey L. Garrett, Esquire                             VIA ELECTRONIC MAIL
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

Kevin P. Ferguson, Esquire                             VIA ELECTRONIC MAIL
Jones Day                                              and FEDERAL EXPRESS
77 West Wacker
Chicago, IL 60601-1692

F. Drexel Feeling, Esquire                             VIA ELECTRONIC MAIL
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Clyde M. Siebman, Esquire
Siebman, Reynolds, Burg & Phillips, LLP
Federal Courthouse Square
300 North Travis Street
Sherman, TX  75090

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600

Steven J. Routh
Sten A. Jensen
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Dated: July 25, 2007
177270.1