IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-788-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of August, 2007, **PLAINTIFF PROMOS TECHNOLOGIES, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANT FREESCALE'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (Nos. 77-119)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| Stacey L. Garrett, Esquire<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX  75201-1515 | VIA ELECTRONIC MAIL |
| Kevin P. Ferguson, Esquire<br>Jones Day<br>77 West Wacker<br>Chicago, IL  60601-1692 | VIA ELECTRONIC MAIL<br>and FEDERAL EXPRESS |
| F. Drexel Feeling, Esquire<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | VIA ELECTRONIC MAIL |

Clyde M. Siebman, Esquire                                    <u>VIA ELECTRONIC MAIL</u>
Siebman, Reynolds, Burg & Phillips, LLP
Federal Courthouse Square
300 North Travis Street
Sherman, TX  75090

                   ASHBY & GEDDES

                   /s/ *Lauren E. Maguire*
                   _____
                   Steven J. Balick (I.D. #2114)
                   John G. Day (I.D. #2403)
                   Lauren E. Maguire (I.D. #4261)
                   500 Delaware Avenue, 8th Floor
                   P.O. Box 1150
                   Wilmington, DE 19899
                   Telephone: (302) 654-1888
                   Facsimile: (302) 654-2067
                   sbalick@ashby-geddes.com
                   jday@ashby-geddes.com
                   lmaguire@ashby-geddes.com

                   *Attorneys for Plaintiff*
                   *ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600

Steven J. Routh
Sten A. Jensen
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Dated:  August 15, 2007
177270.1