# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

August 16, 2007

Stephen J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Mary Graham, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899-1347

      RE: ProMOS Technologies, Inc. v. Freescale Semiconductor, Inc.
           Civil Action No. 06-788 JJF

Dear Counsel:

      I have reviewed the recent submissions concerning ProMOS Technologies, Inc.'s request for an emergency hearing. I am not persuaded that a hearing is necessary prior to the September 21, 2007 motions day hearing.

      Sincerely,

      *Joseph J Farnan Jr.*
      JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Clerk, U.S. District Court