IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-788-JJF |
| v. | ) ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that **Plaintiff Promos Technologies, Inc.'s Motion to Compel Defendant Freescale Semiconductor Inc. to Produce Technical and Damages-Related Documents Relating to Accused Products and to Appear for Document-Related Deposition** will be presented to the Honorable Joseph J. Farnan, Jr. at 10:00 a.m. on September 21, 2007.

ASHBY & GEDDES

/s/ John G. Day

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*ProMOS Technologies, Inc.*

Dated: August 23, 2007
182089.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-788-JJF |
| ) | |
| v. ) | |
| ) | |
| FREESCALE SEMICONDUCTOR, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This _____ day of _____, 2007, plaintiff Promos Technologies, Inc., having filed a motion to compel defendant Freescale Semiconductor, Inc. to produce technical and damages-related documents relating to accused products and to appear for a document-related deposition, and the Court, after considering the positions of the parties, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that plaintiff's motion to compel is **GRANTED**.

_____
United States District Judge