IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC.,                    )<br>                                                                     )<br>                    Plaintiff,                               )<br>                                                                     )<br>             v.                                                    )          C.A. No. 06-788 (JJF)<br>                                                                     )<br>FREESCALE SEMICONDUCTOR, INC.,       )<br>                                                                     )<br>                    Defendant.                            )<br>                                                                     ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that defendant Freescale Semiconductor, Inc. requests that its Motion to Compel ProMOS to Provide Infringement Contentions and Licensing Information be heard on September 21, 2007 at 10:00 am.

                                                                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                               */s/ Mary B. Graham*

                                                                        Mary B. Graham (#2256)
                                                                        James W. Parrett, Jr. (#4292)
OF COUNSEL:                                           1201 N. Market Street
                                                                        P.O. Box 1347
David L. Witcoff                                      Wilmington, DE  19899-1347
Kevin P. Ferguson                                 302.658.9200
John M. Michalik
JONES DAY
77 West Wacker                                     *Attorneys for Freescale Semiconductor, Inc.*
Chicago, IL  60601-1692
312.782.3939

F. Drexel Feeling
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
216.586.3939

Dated:  August 23, 2007
1219044

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John G. Day, Esquire
>Steven J. Balick, Esquire
>ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 23, 2007 upon the following individuals in the manner indicated (with the exception of the Federal Express delivery to Sten A. Jensen, which service date is August 24, 2007):

**BY E-MAIL AND HAND DELIVERY**

John G. Day, Esquire
Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**jday@ashby-geddes.com**
**sbalick@ashby-geddes.com**

**BY E-MAIL (08/23/07)**
**& FEDERAL EXPRESS (08/24/07)**

Sten A. Jensen, Esquire
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004

**sajensen@hhlaw.com**

**BY E-MAIL**

Steven J. Routh, Esquire
HOGAN & HARTSON LLP
**sjrouth@hhlaw.com**

William H. Wright, Esquire
HOGAN & HARTSON LLP
**whwright@hhlaw.com**

William C. Gooding, Esquire
GOODING & CRITTENDEN, L.L.P.
**billgooding@gooding-crittenden.com**

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)