IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v.   ) <br> ) <br> FREESCALE SEMICONDUCTOR, INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-788 (JJF) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Freescale's Third Supplemental Response To Plaintiff ProMOS Technologies, Inc.'s First Set Of Interrogatories To Defendant Freescale Semiconductor, Inc. (Nos. 1-14)* were caused to be served on September 17, 2007, upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

John G. Day, Esquire
Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

jday@ashby-geddes.com
sbalick@ashby-geddes.com

**BY E-MAIL**

Steven J. Routh, Esquire
HOGAN & HARTSON LLP
sjrouth@hhlaw.com

William H. Wright, Esquire
HOGAN & HARTSON LLP
whwright@hhlaw.com

William C. Gooding, Esquire
GOODING & CRITTENDEN, L.L.P.
billgooding@gooding-crittenden.com

Sten A. Jensen, Esquire
HOGAN & HARTSON LLP
sajensen@hhlaw.com

- 2 -

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ James W. Parrett, Jr.* |
| | Mary B. Graham (#2256) <br> James W. Parrett, Jr. (#4292) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> 302.658.9200 |
| OF COUNSEL: | *Attorneys for Freescale Semiconductor, Inc.* |
| David L. Witcoff <br> Kevin P. Ferguson <br> John M. Michalik <br> JONES DAY <br> 77 West Wacker <br> Chicago, IL 60601-1692 <br> 312.782.3939 | |
| F. Drexel Feeling <br> JONES DAY <br> North Point <br> 901 Lakeside Avenue <br> Cleveland, OH 44114-1190 <br> 216.586.3939 | |
| September 17, 2007 | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John G. Day, Esquire
>Steven J. Balick, Esquire
>ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 17, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

John G. Day, Esquire
Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

jday@ashby-geddes.com
sbalick@ashby-geddes.com

**BY E-MAIL**

Steven J. Routh, Esquire
HOGAN & HARTSON LLP
sjrouth@hhlaw.com

William H. Wright, Esquire
HOGAN & HARTSON LLP
whwright@hhlaw.com

William C. Gooding, Esquire
GOODING & CRITTENDEN, L.L.P.
billgooding@gooding-crittenden.com

Sten A. Jensen, Esquire
HOGAN & HARTSON LLP
sajensen@hhlaw.com

/s/ *James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

789672