IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-788-JJF |
| | ) |
| FREESCALE SEMICONDUCTOR, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that opening *Markman* briefs shall be filed and served on or before November 6, 2007, and responsive *Markman* briefs shall be filed and served on or before November 20, 2007. All other dates in the Scheduling Order shall remain the same.

| ASHBY & GEDDES | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| */s/ John G. Day* | */s/ Mary B. Graham* |
| Steven J. Balick (I.D. #2114) | Mary B. Graham (I.D. #2256) |
| John G. Day (I.D. #2403) | James W. Parrett, Jr. (I.D. #4292) |
| Lauren E. Maguire (I.D. #4261) | 1201 North Market Street |
| 500 Delaware Avenue, 8th Floor | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899-1347 |
| Wilmington, Delaware 19899 | 302-658-9200 |
| 302-654-1888 | mgraham@mnat.com |
| sbalick@ashby-geddes.com | jparrett@mnat.com |
| jday@ashby-geddes.com | *Attorneys for Defendant* |
| lmaguire@ashby-geddes.com | |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge