IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-788-JJF |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF PROMOS TECHNOLOGIES, INC.'S
AMENDED NOTICE OF SUBPOENA AND DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, plaintiff ProMOS Technologies, Inc. will be serving a subpoena upon non-party Paul Genua in the form attached hereto.

The subpoena for Mr. Genua seeks production of documents by October 29, 2007 and appearance for a deposition before a person authorized to administer an oath at the offices of Jones Day, 222 E. 41st Street, New York, NY 10017, on November 2, 2007, commencing at 9:00 a.m. and continuing from day to day until completed. The deposition may be recorded by audio-visual means as well as stenographically.

                                                ASHBY & GEDDES

                                                /s/ *Lauren E. Maguire*

                                                _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Telecopier: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff
ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4672
Facsimile: (31) 785-4601
E-Mail: whwright@hhlaw.com

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6472
Facsimile: (202) 637-5910
E-Mail:sjrouth@hhlaw.com
sajensen@hhlaw.com

Dated: October 24, 2007
185267.1

⊕AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

in the Southern                    DISTRICT OF                    New York

ProMOS Technologies, Inc.

V.

Freescale Semiconductor, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] C.A. No. 06-788 (D. Del.)

TO: Paul Genua
14 Rogers Place
Floral Park, NY 11001

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Jones Day, 222 E. 41st Street, New York, NY 10017 | DATE AND TIME 11/2/2007 9:00 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Exhibit A

| PLACE Hogan & Hartson, 875 Third Avenue, New York, NY 10022 | DATE AND TIME 10/29/2007 9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Steven J. Routh (with perm) /sc* | 10/24/2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Steven J. Routh, Esq., Hogan & Hartson LLP, 555 Thirteenth Street, NW, Washington DC 20004
(202) 637-6472

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
 (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
 (2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
 (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.
 (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
  (i) fails to allow reasonable time for compliance;
  (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) If a subpoena
  (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
  (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
 (1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
 (B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.
 (C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.
 (D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
 (2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.
 (B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

# EXHIBIT A

## DEFINITIONS

A. The terms "you" and "your," as used herein, mean Paul Genua and any entities or persons acting or purporting to act for or on behalf of, or who are subject to the direction or control of Paul Genua, including but not limited to agents, employees, officers, directors, attorneys, consultants, contractors, subcontractors and representatives.

B. The term "Freescale," as used herein, means Freescale Technologies, Inc., any and all predecessors and successors thereof, including but not limited to Motorola, Inc., any parent entities, subsidiaries, divisions, affiliates, and branches of the foregoing entities, any wholly or partly owned entities of the foregoing, and any entities acting or purporting to act for or on behalf of, or who are subject to the direction or control of, any of the foregoing entities, including agents, employees, officers, directors, attorneys, consultants, contractors, subcontractors and representatives.

C. The singular of any noun used herein should be understood to include the plural and vice versa.

D. The term "document" is used in its broadest sense and has the same meaning as "documents" as defined in Federal Rule of Civil Procedure 34(a), including without limitation, the original and all non-identical copies of any written, typed, printed, photocopied, photographic, electronic, machine-readable, or magnetically or optically recorded matter of any kind, including letters, envelopes, forms, affidavits, correspondence, telegraphs, telecopies, telefaxes, paper communications, electronic communications, signed statements, tabulations, charts, memoranda, checks, appointment books, records, proposals, memoranda or other transcriptions by mechanical device, by longhand or shorthand recording, tape recorded or recorded by electronic or any other means, computer-generated information, computer-stored information, computer software, computer programs, intraoffice communications, interoffice communications, all summaries of oral communications, telephonic or otherwise, microfiche, microfilm, lists, bulletins, calendars, circulars, desk pads, opinions, ledgers, minutes, agreements, journals, diaries, contracts, invoices, balance sheets, telephone messages or other messages, magazines, pamphlets, articles, notices,

1

1  newspapers, studies, summaries, worksheets, telexes, cables and all other graphic materials, writings and instruments, however produced or reproduced. A document includes all documents appended thereto.

  E. The terms "and" and "or," as used herein, is construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

  F. The terms "relate to" or "relating to," as used herein, means concerning, citing, quoting, regarding, involving, representing, evidencing, constituting, discussing, mentioning, containing, analyzing, supporting, embodying, reflecting, identifying, incorporating, describing, commenting on, referring to, considering, recommending, dealing with or pertaining to in whole or in part.

  G. The term "include" or "including," as used herein, means including without limitation.

  H. The term "communications," as used herein, includes written material, including correspondence, memoranda, minutes, notes and buck slips; e-mail and other computer messages; recorded audio and/or video messages; and oral communications, including meetings, conversations, conferences and telephone calls.

  I. The word "each" shall mean both "each" and "every," and the word "every" shall mean "each" and "every," as appropriate in order to bring within the scope of these interrogatories information and documents which might otherwise be considered to be beyond their scope.

  J. The term "Freescale Products," as used herein, shall mean any and all of the Freescale products listed below:

| Product | Core | Description |
|---|---|---|
| MPC5200 | 603e core | 16 KB instruction cache / 16 KB data cache |
| MPC5200B | 603e core | 16 KB instruction cache / 16 KB data cache |
| MPC5510 | e200z1 core, optional secondary e200z0 core | L1: 1MB or 512 KB embedded flash; plus memory management unit with buffer |
| MPC5553 | e200z6 core | L1 (U-Cache): 8KB; L2: 64KB cache; 1.5MB embedded flash; plus memory management unit with buffer |

2

| | | | |
|---|---|---|---|
| 1 | MPC5554 | e200z6 core | L1 (U-Cache): 32KB; L2: 64KB cache; 2MB embedded flash; plus memory management unit with buffer |
| 2 | MPC5561 | e200z6 core | L1 (U-Cache): 32KB; L2: 192KB cache; 1MB embedded flash; plus memory management unit with buffer |
| 3 | MPC5565 | e200z6 core | L1 (U-Cache): 8KB; L2: 64KB cache; 2MB embedded flash; plus memory management unit with buffer |
| 4 | MPC5566 | e200z6 core | L1 (U-Cache): 32KB; L2: 128KB cache; 3MB embedded flash; plus memory management unit with buffer |
| 5 | MPC5567 | e200z6 core | L1 (U-Cache): 8KB; L2: 64KB cache; 2MB embedded flash; plus memory management unit with buffer |
| 6 | MPC7410 | G4/e600 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB to 1 MB |
| 7 | MPC7445 | G4/e600 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB to 1 MB |
| 8 | MPC7455 | G4/e600 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB to 1 MB |
| 9 | MPC7447 | G4/e600 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB to 1 MB |
| 10 | MPC7457 | G4/e600 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB to 1 MB |
| 11 | MPC7447A | G4/e600 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB to 1 MB |
| 12 | MPC7448 | G4/e600 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB to 1 MB |
| 13 | MPC823 | 8xx core | 2 KB instruction cache / 1 KB data cache |
| 14 | MPC823E | 8xx core | 16 KB instruction cache / 8 KB data cache |
| 15 | MPC850 | 8xx core | 2 KB instruction cache / 1 KB data cache |
| 16 | MPC852T | 8xx core | 4 KB instruction cache / 4 KB data cache |
| 17 | MPC853T | 8xx core | 4 KB instruction cache / 4 KB data cache |
| 18 | MPC855T | 8xx core | 4 KB instruction cache / 4 KB data cache |
| 19 | MPC857DSL | 8xx core | 4 KB instruction cache / 4 KB data cache |
| 20 | MPC857T | 8xx core | 4 KB instruction cache / 4 KB data cache |
| 21 | MPC859DSL | 8xx core | 16 KB instruction cache / 8 KB data cache |
| 22 | MPC859T | 8xx core | 16 KB instruction cache / 8 KB data cache |
| 23 | MPC860 | 8xx core | 4 KB instruction cache / 4 KB data cache |
| 24 | MPC860P | 8xx core | 16 KB instruction cache / 8 KB data cache |
| 25 | MPC862 | 8xx core | 16 KB instruction cache / 8 KB data cache |
| 26 | MPC866 | 8xx core | 16 KB instruction cache / 8 KB data cache |
| 27 | MPC870 | 8xx core | 8 KB instruction cache / 8 KB data cache |
| 28 | MPC875 | 8xx core | 8 KB instruction cache / 8 KB data cache |
| | MPC880 | 8xx core | 8 KB instruction cache / 8 KB data cache |
| | MPC885 | 8xx core | 8 KB instruction cache / 8 KB data cache |
| | MPC8247 | 603e core | 16 KB instruction cache / 16 KB data cache |
| | MPC8248 | 603e core | 16 KB instruction cache / 16 KB data cache |
| | MPC8250 | G2 core (603e der.) | 16 KB instruction cache / 16 KB data cache |
| | MPC8255 | G2 core (603e der.) | 16 KB instruction cache / 16 KB data cache |

3

| | | | |
|---|---|---|---|
| 1 | MPC8260 | G2 core (603e der.) | 16 KB instruction cache / 16 KB data cache |
| 2 | MPC8264 | G2 core (603e der.) | 16 KB instruction cache / 16 KB data cache |
| 3 | MPC8265 | G2 core (603e der.) | 16 KB instruction cache / 16 KB data cache |
| 4 | MPC8266 | G2 core (603e der.) | 16 KB instruction cache / 16 KB data cache |
| 5 | MPC8270 | 603e core | 16 KB instruction cache / 16 KB data cache |
| 6 | MPC8271 | 603e core | 16 KB instruction cache / 16 KB data cache |
| 7 | MPC8272 | 603e core | 16 KB instruction cache / 16 KB data cache |
| | MPC8275 | 603e core | 16 KB instruction cache / 16 KB data cache |
| 8 | MPC8280 | 603e core | 16 KB instruction cache / 16 KB data cache |
| | MPC8313 | e300 core | 16 KB instruction cache / 16 KB data cache |
| 9 | MPC8313E | e300 core | 16 KB instruction cache / 16 KB data cache |
| 10 | MPC8321 | e300c2 core | 16 KB instruction cache / 16 KB data cache |
| | MPC8321E | e300c2 core | 16 KB instruction cache / 16 KB data cache |
| 11 | MPC8323 | e300c2 core | 16 KB instruction cache / 16 KB data cache |
| | MPC8323E | e300c2 core | 16 KB instruction cache / 16 KB data cache |
| 12 | MPC8343E | e300 core | 32 KB instruction cache / 32 KB data cache |
| 13 | MPC8347E | e300 core | 32 KB instruction cache / 32 KB data cache |
| | MPC8349E | e300 core | 32 KB instruction cache / 32 KB data cache |
| 14 | MPC8358E | e300 core | 32 KB instruction cache / 32 KB data cache |
| | MPC8360E | e300 core | 32 KB instruction cache / 32 KB data cache |
| 15 | MPC8533E | e500 v2 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB |
| 16 | MPC8540 | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB |
| 17 | | | |
| 18 | MPC8541E | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB |
| 19 | MPC8543E | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB |
| 20 | MPC8544E | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB |
| 21 | MPC8545E | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 512 KB |
| 22 | MPC8547E | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 512 KB |
| 23 | MPC8548E | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 512 KB |
| 24 | MPC8555E | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB |
| 25 | | | |
| 26 | MPC8560 | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 256 KB |
| 27 | MPC8567E | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 512 KB |
| 28 | MPC8568E | e500 core | 32 KB instruction cache / 32 KB data cache; L2 cache: 512 KB |

4

| | | | |
|---|---|---|---|
| 1 | MPC8641 | e600 core | 1 MB L2 cache; 32 KB instruction cache / 32 KB data cache; Dual 64-bit DDR and DDR2 memory controllers |
| 2 | MPC8641D | Dual e600 core | 1 MB L2 cache per core; 32 KB instruction cache / 32 KB data cache; Dual 64-bit DDR and DDR2 memory controllers |
| 3 | MCF5206e | ColdFire V2 | 4KB I-Cache; 8 KB SRAM |
| 4 | MCF5207 | ColdFire V2 | 8KB I/D-Cache; 16KB SRAM |
| 5 | MCF5208 | ColdFire V2 | 8KB I/D-Cache; 16KB SRAM |
| 6 | MCF5211 | ColdFire V2 | 16KB SRAM; 128 KB Embedded Flash memory (No cache?) |
| 7 | MCF5212 | ColdFire V2 | 32KB SRAM; 256 KB Embedded Flash memory (No cache?) |
| 8 | MCF5213 | ColdFire V2 | 32KB SRAM; 256 KB Embedded Flash memory (No cache?) |
| 9 | MCF5214 | ColdFire V2 | 2KB I-Cache; 64KB SRAM; 256 KB Embedded Flash memory |
| 10 | MCF5216 | ColdFire V2 | 2KB I-Cache; 64KB SRAM; 512 KB Embedded Flash memory |
| 11 | MCF5232 | ColdFire V2 | 8KB configurable I/D-Cache; 64KB SRAM |
| 12 | MCF5233 | ColdFire V2 | 8KB configurable I/D-Cache; 64KB SRAM |
| 13 | MCF5234 | ColdFire V2 | 8KB configurable I/D-Cache; 64KB SRAM |
| 14 | MCF5235 | ColdFire V2 | 8KB configurable I/D-Cache; 64KB SRAM |
| 15 | MCF5249 | ColdFire V2 | 8KB I/D-Cache; 96KB SRAM |
| 16 | MCF5270 | ColdFire V2 | 8KB configurable Cache; 64KB SRAM |
| 17 | MCF5271 | ColdFire V2 | 8KB configurable Cache; 64KB SRAM |
| 18 | MCF5272 | ColdFire V2 | 1KB I-Cache; 4KB SRAM |
| 19 | MCF5274 | ColdFire V2 | 16KB configurable Cache; 64KB SRAM |
| 20 | MCF5274L | ColdFire V2 | 16KB configurable Cache; 64KB SRAM |
| 21 | MCF5275 | ColdFire V2 | 16KB configurable Cache; 64KB SRAM |
| 22 | MCF5275L | ColdFire V2 | 16KB configurable Cache; 64KB SRAM |
| 23 | MCF5280 | ColdFire V2 | 2KB I-Cache; 64KB SRAM |
| 24 | MCF5281 | ColdFire V2 | 2KB I-Cache; 64KB SRAM; 256 KB Embedded Flash memory |
| 25 | MCF5282 | ColdFire V2 | 2KB I-Cache; 64KB SRAM; 512 KB Embedded Flash memory |
| 26 | MCF5307 | ColdFire V3 | 8KB unified Cache; 4KB SRAM |
| 27 | MCF5327 | ColdFire V3 | 16KB I/D-Cache; 32KB SRAM |
| 28 | MCF5328 | ColdFire V3 | 16KB I/D-Cache; 32KB SRAM |
| | MCF5329 | ColdFire V3 | 16KB I/D-Cache; 32KB SRAM |
| | MCF5372 | ColdFire V3 | 16KB I/D-Cache; 32KB SRAM |
| | MCF5372L | ColdFire V3 | 16KB I/D-Cache; 32KB SRAM |
| | MCF5373 | ColdFire V3 | 16KB I/D-Cache; 32KB SRAM |
| | MCF5373L | ColdFire V3 | 16KB I/D-Cache; 32KB SRAM |
| | MCF5407 | ColdFire V4 | 16KB I-Cache; 8KB D-Cache; 4KB SRAM |
| | MCF5470 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| | MCF5471 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| | MCF5472 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| | MCF5473 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |

| | | |
|---|---|---|
| MCF5474 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| MCF5475 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| MCF5480 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| MCF5481 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| MCF5482 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| MCF5483 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| MCF5484 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| MCF5485 | ColdFire V4e | 32KB I-Cache; 32KB D-Cache; 32KB SRAM |
| MC68060 | MC68060 | Dual 8KB on-chip Caches |
| MC68LC060 | MC68060 | Dual 8KB on-chip Caches |
| MC68EC060 | MC68060 | Dual 8KB on-chip Caches |
| i.MX1 (MC9328MX1) | ARM920T core | 16KB instruction Cache, 16KB data Cache |
| i.MX21 | ARM926EJ-S core | 16KB instruction Cache, 16KB data Cache |
| i.MX21S | ARM926EJ-S core | 16KB instruction Cache, 16KB data Cache |
| i.MX27 | ARM926EJ-S core | 16KB instruction Cache, 16KB data Cache |
| i.MX31 | ARM1136JF-S core | 16KB instruction Cache, 16KB data Cache; L2: 128 KB unified Cache |
| i.MX31L | ARM1136JF-S core | 16KB instruction Cache, 16KB data Cache; L2: 128 KB unified Cache |
| i.MXL | ARM920T core | 16KB instruction Cache, 16KB data Cache |
| i.MXS | ARM920T core | 16KB instruction Cache, 16KB data Cache |
| MSC8144 | Four 800 MHz/1 GHz StarCore SC3400 DSP extended cores | Four 16-Kbyte L1 instruction cache (one per core); Four 32-Kbyte L1 data cache (one per core); One 128-Kbyte shared L2 instruction cache; One 512-Kbyte shared M2 memory for critical data and temporary data buffering; 10 Mbytes of 128-bit wide shared M3 memory |
| MSC8144E | Four 800 MHz/1GHz StarCore SC3400 DSP core subsystems | Four 16-Kbyte L1 instruction cache (one per core); Four 32-Kbyte L1 data cache (one per core); One 128-Kbyte shared L2 instruction cache; One 512-Kbyte shared M2 memory for critical data and temporary data buffering; 10 Mbytes of 128-bit wide shared M3 memory |
| MSC8144EC | Four 800 MHz/1GHz StarCore SC3400 DSP core subsystems | Four 16-Kbyte L1 instruction cache (one per core); Four 32-Kbyte L1 data cache (one per core); One 128-Kbyte shared L2 instruction cache; One 512-Kbyte shared M2 memory for critical data and temporary data buffering; 10 Mbytes of 128-bit wide shared M3 memory |
| MSC7110 | SC1400 core | 64 KB of SRAM memory, a 16 KB 16-way Instruction Cache |
| MSC7112 | SC1400 core | 192 KB of SRAM memory, a 16 KB 16-way Instruction |

| | | |
|---|---|---|
| MSC7113 | SC1400 core | Cache<br>192 KB of SRAM memory, a 16 KB 16-way Instruction Cache |
| MSC7115 | SC1400 core | 384 KB of SRAM memory, a 16 KB 16-way Instruction Cache |
| MSC7116 | SC1400 core | 384 KB of SRAM memory, a 16 KB 16-way Instruction Cache |
| MSC7118 | SC1400 core | 448 KB of SRAM memory, a 16 KB 16-way Instruction Cache |
| MSC7119 | SC1400 core | 448 KB of SRAM memory, a 16 KB 16-way Instruction Cache |
| MSC7120 | e300 core | 16 KB instruction cache and a 16 KB data cache |
| DSP56301 | DSP56300 core | 1024-4096 x 24-bit Program RAM (optional configurations) with 1024 x 24-bit Instruction Cache (if enabled); 2048/3072 x 24-bit X data RAM (optional configuration); 2048/3072 x 24-bit Y data RAM (optional configuration) |
| DSP56311 | DSP56300 core | 128 K x 24-bit on-chip RAM total; Program RAM, instruction cache, X data RAM, and Y data RAM sizes are variable |
| DSP56321 | DSP56300 core | 192 K x 24-bit on-chip RAM total; Program RAM, instruction cache, X data RAM, and Y data RAM sizes are variable |
| DSP56L307 | DSP56300 core | 64 K x 24 on-chip RAM total; Program RAM, instruction cache, X data RAM, and Y data RAM sizes are programmable; 192 x 24-bit bootstrap ROM |

## INSTRUCTIONS

A. If you object to any portion of a request, you nonetheless shall provide all documents called for by that portion of the request to which you do not object.

B. If any document or thing is withheld on the basis of privilege, state:

 1. The nature of the privilege;

 2. The author of the document or thing;

 3. All recipient(s) of the document or thing;

 4. The identit(ies) of all person(s) who have had access to the withheld document or thing;

 5. The date the document or thing was created; and

 6. The subject matter of the document or thing.

C. Unless otherwise specified, the time period governing these requests is 1990

7

through the present.

## DOCUMENTS AND THINGS REQUESTED

1. All documents reflecting or relating to the conception, design, development, manufacture, analysis, testing, marketing, sales or repair of any Freescale Product.

2. All documents relating to the conception, design, development, manufacture, analysis, testing marketing, sales or repair of each cache memory used with, incorporated in or relied upon by a Freescale Product.

3. All documents relating to the conception, design, development, manufacture, analysis, testing, marketing, sales or repair of any register(s) used in writing, reading, buffering or accessing data from or to each cache memory used with or in, incorporated in or relied upon by a Freescale Product.

4. All documents relating to the conception, design, development, manufacture, analysis, testing, marketing, sales or repair of each cache controller used with or in, incorporated in or relied upon by a Freescale Product.

\\DC - 022856/000005 - 2621336 v1