```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE


PROMOS TECHNOLOGIES, INC.,       :
                                 :
          Plaintiff,             :
                                 :
     v.                          :  Civil Action No. 06-788 JJF
                                 :
FREESCALE SEMICONDUCTOR, INC.,   :
                                 :
          Defendant.             :
```

### O R D E R

Whereas, Plaintiff filed a Motion To Compel Defendant, Freescale Semiconductor, Inc. to Produce Technical and Damages Documents Relating to Accused Products and to Appear for Document-Related Deposition (D.I. 55);

Whereas, the Court has considered the positions of the parties and finds that Defendant's responses have been insufficient with regard to all issues presented by Plaintiff.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Compel (D.I. 55) is **GRANTED**.

IT IS FURTHER ORDERED that:

1) Within twenty (20) days, Defendant shall:

   a. generate and produce the requested circuit diagrams to Plaintiff;

   b. provide Plaintiff electronic copies of the RTL documentation. (The Court concludes that Paragraph 4 of the Protective Order does not apply to said documentation);

        c.   produce to Plaintiff pricing information and cost data for the accused products;

    2)   Defendant shall produce a Rule 30 (b)(6) Witness for Deposition as noticed by Plaintiff in the District of Delaware.

    3)   Decision is **RESERVED** on Plaintiff's request for attorneys' fees and cost pending the Court's further review of Defendant's conduct.

October 31, 2007
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE