IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PROMOS TECHNOLOGIES, INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 06-788 JJF
:
FREESCALE SEMICONDUCTOR, INC., :
:
    Defendant. :

**O R D E R**

Whereas, Defendant filed a Motion to Compel (D.I. 56);

Whereas, the Court has considered the parties' positions and finds that Plaintiff has appropriately responded and provided its contentions regarding infringement of the Chan patents; however, the Court will require Plaintiff to provide Defendant its final infringement contentions no later than November 30, 2007;

Whereas, the Court finds that Plaintiff's responses to Defendant's licensing interrogatory are sufficient;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Compel (D.I. 56) is **DENIED** except as to Plaintiff providing its final infringement contentions.

    October 31, 2007
        DATE                              UNITED STATES DISTRICT JUDGE