# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 11, 2007

Ms. Deborah Krett
Case Manager
United States District Court
844 King Street, Lockbox 27
Wilmington, Delaware 19801

VIA E-FILING

Re: Request for Permission to Have Laptop Computer in Courtroom 4B
During a *Markman* Hearing in *ProMOS Technologies, Inc. v. Freescale Semiconductor Inc.*, C.A. No. 06-788-JJF

Dear Ms. Krett:

We are Delaware counsel for plaintiff ProMOS Technologies, Inc. in the above action, and are scheduled to appear for a *Markman* hearing in Courtroom 4B on Thursday December 13, 2007. We request permission to bring laptop computers to Courtroom 4B to assist in the preparation and/or presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Very truly yours,

/s/ Lauren E. Maguire

Lauren E. Maguire

Enclosure
186553.1

cc: David Thomas, United States Marshal (by hand)
Keith Ash, Chief Court Security Officer (by hand)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)<br>)   C.A. No. 06-788-JJF<br>)<br>)<br>)<br>)<br>) |

ORDER

The persons listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for proceedings on Thursday, December 13, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

        Steven J. Routh, Esquire
        William H. Wright, Esquire
        Susan M. Cook, Esquire

Dated: _____, 2007        _____
                                              United States District Judge