# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

302 658 9200
302 658 3989 FAX

MARY B. GRAHAM
(302) 351-9199
mgraham@mnat.com

December 12, 2007

**BY ELECTRONIC FILING**

Ms. Deborah Krett
Case Manager
U.S. District Court
844 N. King Street, Lockbox 27
Wilmington, Delaware  19801

> Re:    Request For Permission To Have Computer Equipment in
> Courtroom 4B for *Markman* in the matter of
> *ProMOS Technologies, Inc. v. Freescale Semiconductor Inc.,*
> *C.A. No. 06-788 (JJF)*

Dear Ms. Krett:

As counsel for defendant Freescale Semiconductor Inc., we are scheduled to appear for a *Markman* hearing in Courtroom 4B on December 13 at 2:00 p.m.  This is to request permission to bring computers in connection with the hearing.  We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court, as well as the United States Marshal's policy regarding electronic devices.

Sincerely,

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

MBG/sfd
cc:    David Thomas, United States Marshal (by hand delivery)
       Keith Ash, Chief Court Security Officer (by hand delivery)
1332542