IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. No. 06-788-JJF |

## ORDER

The persons listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for proceedings on Thursday, December 13, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

        Steven J. Routh, Esquire

        William H. Wright, Esquire

        Susan M. Cook, Esquire

Dated: December 13, 2007

                                        _____
                                        United States District Judge