IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREESCALE SEMICONDUCTOR, INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-788 (JJF) |

## NOTICE OF MOTION

| | |
|---|---|
| John G. Day, Esquire <br> Steven J. Balick, Esquire <br> ASHBY & GEDDES <br> 500 Delaware Avenue, 8th Floor <br> Wilmington, DE 19899 | William H. Wright, Esquire <br> HOGAN & HARTSON LLP <br> 1999 Avenue of the Stars <br> Suite 1400 <br> Los Angeles, CA 90067 |
| Steven J. Routh, Esquire <br> Sten A. Jensen <br> HOGAN & HARTSON LLP <br> 555 Thirteenth Street, NW <br> Washington, DC 20004 | William C. Gooding, Esquire <br> GOODING & CRITTENDEN, L.L.P. <br> 2005 Moores Lane <br> P.O. Box 6168 <br> Texarkana, Texas 75505 |

PLEASE TAKE NOTICE that *Freescale's Motion To Enforce The October 31 Order Compelling ProMOS To Provide Chan Patent Infringement Contentions* will be heard on January 18, 2007.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Mary B. Graham (#2256)* |
|  | Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>302.658.9200 |
| OF COUNSEL: |  |
|  | *Attorneys for Freescale Semiconductor, Inc.* |
| David L. Witcoff<br>John M. Michalik<br>JONES DAY<br>77 West Wacker<br>Chicago, IL  60601-1692<br>312.782.3939 |  |
| F. Drexel Feeling<br>Karl Maersch<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190<br>216.586.3939 |  |
| December 19, 2007<br>1343903 |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John G. Day, Esquire
>Steven J. Balick, Esquire
>ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 19, 2007 upon the following individuals in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| John G. Day, Esquire<br>Steven J. Balick, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19899<br><br>**jday@ashby-geddes.com**<br>**sbalick@ashby-geddes.com** | Sten A. Jensen, Esquire<br>HOGAN & HARTSON LLP<br>**sajensen@hhlaw.com**<br><br>Steven J. Routh, Esquire<br>HOGAN & HARTSON LLP<br>**sjrouth@hhlaw.com**<br><br>William H. Wright, Esquire<br>HOGAN & HARTSON LLP<br>**whwright@hhlaw.com**<br><br>William C. Gooding, Esquire<br>GOODING & CRITTENDEN, L.L.P.<br>**billgooding@gooding-crittenden.com** |

*/s/ Mary B. Graham (#2256)*
Mary B. Graham (#2256)