IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-788-JJF |
| v. | ) ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of December, 2007, **PLAINTIFF PROMOS TECHNOLOGIES, INC.'S FIFTH SET OF INTERROGATORIES TO DEFENDANT FREESCALE SEMICONDUCTOR, INC. (Nos. 21-35)** was served upon the following counsel of record at the address and in the manner indicated:

Mary B. Graham, Esquire	VIA ELECTRONIC MAIL
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Stacey L. Garrett, Esquire	VIA ELECTRONIC MAIL
Jones Day
2727 North Harwood Street
Dallas, TX  75201-1515

Kevin P. Ferguson, Esquire	VIA ELECTRONIC MAIL
Jones Day	and FEDERAL EXPRESS
77 West Wacker
Chicago, IL  60601-1692

F. Drexel Feeling, Esquire	VIA ELECTRONIC MAIL
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190

Clyde M. Siebman, Esquire
Siebman, Reynolds, Burg & Phillips, LLP
Federal Courthouse Square
300 North Travis Street
Sherman, TX 75090

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
tlydon@ashby-gedddes.com

*Attorneys for Plaintiff
ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600

Steven J. Routh
Sten A. Jensen
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Dated: December 21, 2007
177270.1