IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-788 (JJF) |
| | ) |
| FREESCALE SEMICONDUCTOR, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Defendant Freescale's Second Set of Requests for Admission to Plaintiff ProMOS (Nos. 7-60)* and (2) *Defendant Freescale's Fourth Set of Interrogatories to Plaintiff ProMOS* were caused to be served on December 21, 2007, upon the following in the manner indicated:

**BY HAND DELIVERY**

John G. Day, Esquire
Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**COURTESY COPY BY E-MAIL**

Steven J. Routh, Esquire
HOGAN & HARTSON LLP
**sjrouth@hhlaw.com**

William H. Wright, Esquire
HOGAN & HARTSON LLP
**whwright@hhlaw.com**

William C. Gooding, Esquire
GOODING & CRITTENDEN, L.L.P.
**billgooding@gooding-crittenden.com**

Sten A. Jensen, Esquire
HOGAN & HARTSON LLP
**sajensen@hhlaw.com**

John G. Day, Esquire
ASHBY & GEDDES
**jday@ashby-geddes.com**

Steven J. Balick, Esquire
ASHBY & GEDDES
**sbalick@ashby-geddes.com**

- 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200

*Attorneys for Freescale Semiconductor, Inc.*

OF COUNSEL:

David L. Witcoff
Kevin P. Ferguson
John M. Michalik
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
312.782.3939

F. Drexel Feeling
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
216.586.3939

December 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John G. Day, Esquire
>Steven J. Balick, Esquire
>ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 21, 2007 upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| John G. Day, Esquire<br>ASHBY & GEDDES<br>**jday@ashby-geddes.com** | Steven J. Routh, Esquire<br>HOGAN & HARTSON LLP<br>**sjrouth@hhlaw.com** |
| Steven J. Balick, Esquire<br>ASHBY & GEDDES<br>**sbalick@ashby-geddes.com** | William H. Wright, Esquire<br>HOGAN & HARTSON LLP<br>**whwright@hhlaw.com** |
| | William C. Gooding, Esquire<br>GOODING & CRITTENDEN, L.L.P.<br>**billgooding@gooding-crittenden.com** |
| | Sten A. Jensen, Esquire<br>HOGAN & HARTSON LLP<br>**sajensen@hhlaw.com** |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

789672