IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-788-JJF |
| FREESCALE SEMICONDUCTOR, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF MICHAEL SNYDER

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) and Rule 26 of the Federal Rules of Civil Procedure and the applicable local rules, Plaintiff ProMOS Technologies, Inc., will take the deposition of Michael Snyder, an employee of Freescale Semiconductor, Inc. The deposition will commence at 9:30 a.m. on January 16, 2008, or at such other date and time as may be mutually agreed upon by counsel, and will proceed at the offices of Ashby & Geddes, 500 Delaware Avenue, 8th Floor, Wilmington, DE 19899. The deposition will be recorded stenographically and by videotape.

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4672
Facsimile: (31) 785-4601
E-Mail: whwright@hhlaw.com

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6472
Facsimile: (202) 637-5910
E-Mail:sjrouth@hhlaw.com
sajensen@hhlaw.com

Dated: December 31, 2007

186953.1