IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 06-788 (JJF) |

## NOTICE OF DEPOSITIONS OF JAMES NASH AND FRANK MILLER

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) and Rule 26 of the Federal Rules of Civil Procedure and the applicable local rules, Plaintiff ProMOS Technologies, Inc., will take the deposition of James Nash and Frank Miller, employees of Freescale Semiconductor, Inc., at the dates and times set forth below:

| | | |
|---|---|---|
| James Nash | January 24, 2008 | 3:30 PM |
| Frank Miller | January 25, 2008 | 3:30 PM |

The depositions will proceed at the offices of Fulbright & Jaworski, 600 Congress Avenue, Suite 2400, Austin, Texas 78701. The depositions will be recorded stenographically and by videotape.

*Of Counsel*:

William H. Wright
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4672
Facsimile: (310) 785-4601
E-Mail: whwright@hhlaw.com

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6472
Facsimile: (202) 637-5910
E-Mail:sjrouth@hhlaw.com
sajensen@hhlaw.com

Dated: January 21, 2008
187475.1

ASHBY & GEDDES

/s/ *John G. Day*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*ProMOS Technologies, Inc.*