IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-788-JJF |
| v. | ) ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of January, 2008, **PLAINTIFF PROMOS TECHNOLOGIES, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANT FREESCALE SEMICONDUCTOR, INC.'S SECOND SET OF REQUESTS FOR ADMISSION (Nos. 7-60)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | HAND DELIVERY |
| Stacey L. Garrett, Esquire<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201-1515 | VIA ELECTRONIC MAIL |
| Kevin P. Ferguson, Esquire<br>Jones Day<br>77 West Wacker<br>Chicago, IL 60601-1692 | VIA ELECTRONIC MAIL<br>and FEDERAL EXPRESS |
| F. Drexel Feeling, Esquire<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190 | VIA ELECTRONIC MAIL |

Clyde M. Siebman, Esquire  
Siebman, Reynolds, Burg & Phillips, LLP  
Federal Courthouse Square  
300 North Travis Street  
Sherman, TX 75090

VIA ELECTRONIC MAIL

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon
_____
Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
Tiffany Geyer Lydon (I.D. #3950)  
Lauren E. Maguire (I.D. #4261)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
tlydon@ashby-geddes.com  
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright  
HOGAN & HARTSON LLP  
1999 Avenue of the Stars  
Suite 1400  
Los Angeles, CA 90067  
(310) 785-4600

Steven J. Routh  
Sten A. Jensen  
HOGAN & HARTSON LLP  
555 Thirteenth Street, NW  
Washington, DC 20004  
(202) 637-5600

Dated: January 22, 2008  
177270.1