IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-788 (JJF) |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of James T. Wamsley III, Leozino Agozzino, Thomas R. Goots and Karl M. Maersch to represent the defendant, Freescale Semiconductor, Inc., in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | |
| | /s/ James W. Parrett, Jr. |
| David L. Witcoff | Mary B. Graham (#2256) |
| Kevin P. Ferguson | James W. Parrett, Jr. (#4292) |
| John M. Michalik | 1201 N. Market Street |
| JONES DAY | P.O. Box 1347 |
| 77 West Wacker | Wilmington, DE 19899-1347 |
| Chicago, IL 60601-1692 | 302.658.9200 |
| 312.782.3939 | |
| | *Attorneys for Freescale Semiconductor, Inc.* |
| F. Drexel Feeling | |
| JONES DAY | |
| North Point | |
| 901 Lakeside Avenue | |
| Cleveland, OH 44114-1190 | |
| 216.586.3939 | |

Dated: February 4, 2008
1429948

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of is granted.

Dated: _____    _____
                                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, James L. Wamsley III, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: Jan. 28, 2008

James L. Wamsley, III
JONES DAY
901 LAKESIDE AVE
CLEVELAND, OHIO 44114-1190
216.586.3939

1420643.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Leozino Agozzino, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 2/1/08

Leozino Agozzino
JONES DAY
901 LAKESIDE AVE
CLEVELAND, OHIO 44114-1190
216.586.3939

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Thomas R. Goots, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: January 28, 2008

*Thomas R. Goots*
Thomas R. Goots
JONES DAY
901 LAKESIDE AVE
CLEVELAND, OHIO 44114-1190
216.586.3939

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Karl M. Maersch, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 1-28-08

Karl M. Maersch
JONES DAY
901 LAKESIDE AVE
CLEVELAND, OHIO 44114-1190
216.586.3939

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John G. Day, Esquire
> Steven J. Balick, Esquire
> ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 4, 2008 on the following individuals in the manner indicated:

**BY E-MAIL**

John G. Day, Esquire
Steven J. Balick, Esquire
ASHBY & GEDDES
**jday@ashby-geddes.com**
**sbalick@ashby-geddes.com**

Sten A. Jensen, Esquire
HOGAN & HARTSON LLP
**sajensen@hhlaw.com**

Steven J. Routh, Esquire
HOGAN & HARTSON LLP
**sjrouth@hhlaw.com**

William H. Wright, Esquire
HOGAN & HARTSON LLP
**whwright@hhlaw.com**

William C. Gooding, Esquire
GOODING & CRITTENDEN, L.L.P.
**billgooding@gooding-crittenden.com**

　　　　　　　　　　　　　　　　*/s/ James W. Parrett, Jr.*
　　　　　　　　　　　　　　　　James W. Parrett, Jr. (#4292)