IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Civil Action No. 06-788-JJF |

### NOTICE OF DEPOSITION OF JOSEPH CIRCELLO

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) and Rule 26 of the Federal Rules of Civil Procedure and the applicable local rules, Plaintiff ProMOS Technologies, Inc., will take the deposition of Joseph Circello, an employee of Freescale Semiconductor, Inc., on February 8, 2008 commencing at 2:30 PM. The deposition will proceed at the Hyatt Summerfield Suites Scottsdale, 4245 North Drinkwater Blvd., Scottsdale, Arizona, 82551. The deposition will be recorded stenographically and by videotape.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Telecopier: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*
*ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4672
Facsimile: (31) 785-4601
E-Mail: whwright@hhlaw.com

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC  20004
Telephone: (202) 637-6472
Facsimile: (202) 637-5910
E-Mail:sjrouth@hhlaw.com
sajensen@hhlaw.com

Dated:  February 6, 2008
187965.1