

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:  (302) 425-6410
Fax:    (302) 428-5132
Email:  Poppiti@BlankRome.com

February 20, 2008

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19801

Re: **ProMOS Technologies, Inc. v. Freescale Semiconductor, Inc.,**
**C.A. No. 06-788 (JJF)**

Dear Counsel:

I am in receipt of correspondence dated February 19, 2007 from counsel for ProMOS requesting that it be allocated additional time for fact depositions beyond the 90 hours set in paragraph 3(d) of Judge Farnan's July 17, 2007 Scheduling Order. ProMOS also asks that the request be handled on an expedited basis.

Having been advised of the deposition schedule, I agree that the matter should be resolved on an expedited basis. Pursuant to paragraph 6 of my order of January 25, 2007 governing the Procedures for the Handling of Discovery Disputes, Freescale shall file its opposition letter not later than close of business February 21, 2007. No reply letter will be permitted.

As I anticipate that Judge Farnan will be giving me the authority to resolve the matter, counsel should advise me not later than close of business today, of your respective views as to whether this matter should be scheduled for a teleconference before the one already scheduled on February 26, 2008 at 2:00 p.m.

IT IS SO ORDERED.

Vincent J. Poppiti (DE # 100614)
Special Master

Chase Manhattan Centre 1201 Market Street Suite 800 Wilmington, DE 19801
www.BlankRome.com

062038.00616/40173468v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong