IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-788 (JJF) |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER AMENDING TIME ALLOTTED
TO PROMOS FOR FACT DEPOSITIONS**

Upon consideration of the February 19, 2008 request of plaintiff ProMOS Technologies, Inc. ("ProMOS") for additional time to complete fact depositions, and the February 21, 2008 response to that request by defendant Freescale Semiconductor, Inc. ("Freescale"), stating that it would not oppose the request, the Court being otherwise fully advised;

IT IS HEREBY ORDERED:

1. Starting with the deposition conducted February 19, 2008 and continuing through the close of fact discovery, ProMOS shall be permitted 60 hours to complete fact depositions.

2. Paragraph 3(d) of the Scheduling Order entered July 17, 2007 shall be amended to add the following: "Notwithstanding the foregoing, ProMOS is allotted 60 hours to complete fact depositions starting from February 19, 2008 and continuing through the close of fact discovery."

ENTERED this 25th day of February, 2008.

_____
Vincent J. Poppiti
Special Master

SO ORDERED this 25 day of February, 2008.

_____
United States District Judge