IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-788-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 29th day of February, 2008, **SUPPLEMENTAL**

**RESPONSES OF PLAINTIFF PROMOS TECHNOLOGIES, INC. TO DEFENDANT**

**FREESCALE SEMICONDUCTOR, INC.'S INTERROGATORIES** was served upon the

following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Mary B. Graham, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | <u>VIA ELECTRONIC MAIL</u> |
| Stacey L. Garrett, Esquire<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX  75201-1515 | <u>VIA ELECTRONIC MAIL</u> |
| Kevin P. Ferguson, Esquire<br>Jones Day<br>77 West Wacker<br>Chicago, IL  60601-1692 | VIA ELECTRONIC MAIL<br><u>and FEDERAL EXPRESS</u> |
| F. Drexel Feeling, Esquire<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190 | <u>VIA ELECTRONIC MAIL</u> |

Clyde M. Siebman, Esquire                                    VIA ELECTRONIC MAIL
Siebman, Reynolds, Burg & Phillips, LLP
Federal Courthouse Square
300 North Travis Street
Sherman, TX  75090


                                                             ASHBY & GEDDES

                                                             */s/ John G. Day*

                                                             _____
                                                             Steven J. Balick (I.D. #2114)
                                                             John G. Day (I.D. #2403)
                                                             Lauren E. Maguire (I.D. #4261)
                                                             500 Delaware Avenue, 8th Floor
                                                             P.O. Box 1150
                                                             Wilmington, DE 19899
                                                             (302) 654-1888
                                                             sbalick@ashby-geddes.com
                                                             jday@ashby-geddes.com
                                                             tlydon@ashby-geddes.com
                                                             lmaguire@ashby-geddes.com

                                                             *Attorneys for Plaintiff*
                                                             *ProMOS Technologies, Inc.*
*Of Counsel*:

William H. Wright
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
(310) 785-4600

Steven J. Routh
Sten A. Jensen
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC  20004
(202) 637-5600

Dated: February 29, 2008
177270.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Mary B. Graham, Esquire           VIA ELECTRONIC MAIL
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Stacey L. Garrett, Esquire         VIA ELECTRONIC MAIL
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

Kevin P. Ferguson, Esquire       VIA ELECTRONIC MAIL
Jones Day                    and FEDERAL EXPRESS
77 West Wacker
Chicago, IL 60601-1692

F. Drexel Feeling, Esquire        VIA ELECTRONIC MAIL
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Clyde M. Siebman, Esquire       VIA ELECTRONIC MAIL
Siebman, Reynolds, Burg & Phillips, LLP
Federal Courthouse Square
300 North Travis Street
Sherman, TX 75090

*/s/ John G. Day*
_____
John G. Day