IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-788 (JJF) |
| ) | |
| FREESCALE SEMICONDUCTOR, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of 1) *Defendant Freescale's First Supplemental Response to Plaintiff Promos Technologies Inc.'s Third Set of Interrogatories to Defendant Freescale Semiconductor, Inc. (Nos. 16-18)*; 2) *Defendant Freescale's First Supplemental Response to Plaintiff Promos Technologies Inc.'s Fifth Set of Interrogatories to Defendant Freescale Semiconductor, Inc. (Nos. 21-35)*; 3) *Defendant Freescale's Fifth Supplemental Response to Plaintiff Promos Technologies Inc.'s First Set of Interrogatories to Defendant Freescale Semiconductor, Inc. (Nos. 1-14)*; and 4) *Defendant Freescale's Second Supplemental Response to Plaintiff Promos Technologies Inc.'s Second Set of Interrogatories to Defendant Freescale Semiconductor, Inc. (No. 15)* were caused to be served on February 29, 2008, upon the following in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| John G. Day, Esquire | Steven J. Routh, Esquire |
| Steven J. Balick, Esquire | HOGAN & HARTSON LLP |
| ASHBY & GEDDES | **sjrouth@hhlaw.com** |
| 500 Delaware Avenue, 8th Floor | |
| Wilmington, DE 19899 | William H. Wright, Esquire |
| | HOGAN & HARTSON LLP |
| **jday@ashby-geddes.com** | **whwright@hhlaw.com** |
| **sbalick@ashby-geddes.com** | |

William C. Gooding, Esquire
GOODING & CRITTENDEN, L.L.P.
**billgooding@gooding-crittenden.com**

Sten A. Jensen, Esquire
HOGAN & HARTSON LLP
**sajensen@hhlaw.com**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200
jparrett@mnat.com

*Attorneys for Freescale Semiconductor, Inc.*

OF COUNSEL:

David L. Witcoff
Kevin P. Ferguson
John M. Michalik
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
312.782.3939

F. Drexel Feeling
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
216.586.3939

February 29, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John G. Day, Esquire
>Steven J. Balick, Esquire
>ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 29, 2008 upon the following individuals in the manner indicated:

| BY E-MAIL AND HAND DELIVERY | BY E-MAIL |
|---|---|
| John G. Day, Esquire<br>Steven J. Balick, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br><br>**jday@ashby-geddes.com**<br>**sbalick@ashby-geddes.com** | Steven J. Routh, Esquire<br>HOGAN & HARTSON LLP<br>**sjrouth@hhlaw.com**<br><br>William H. Wright, Esquire<br>HOGAN & HARTSON LLP<br>**whwright@hhlaw.com**<br><br>William C. Gooding, Esquire<br>GOODING & CRITTENDEN, L.L.P.<br>**billgooding@gooding-crittenden.com**<br><br>Sten A. Jensen, Esquire<br>HOGAN & HARTSON LLP<br>**sajensen@hhlaw.com** |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

789672