

Phone:  (302) 425-6410
Fax:    (302) 428-5132
Email:  Poppiti@BlankRome.com

March 10, 2008

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19801

Re:  **ProMOS Technologies, Inc. v. Freescale Semiconductor, Inc.,**
     **C.A. No. 06-788 (JJF) (DM 4)**

Dear Counsel:

The Special Master is in receipt of ProMOS Technologies, Inc.'s ("ProMOS") March 10, 2008 letter requesting an expedited hearing to determine the extent of Freescale's alleged discovery violations. Pursuant to the Order for Procedures for the Handling of Discovery Disputes before the Special Master, dated January 25, 2008, opposition letter briefs are to be served no later than five days following service of the letter application, and reply letter briefs are to be served no later than three days following service of the opposition letter brief.

Paragraph 6 of the January 25, 2008 Order, provides that a movant "may request expedited resolution of the issue in its initial letter brief," and "the Special Master may, at his discretion, shorten the time periods. . .in order to resolve a particular discovery dispute on an expedited basis." Currently, the end of fact discovery is scheduled for March 21, 2008. In light of same, the Special Master HEREBY GRANTS the request.

The opposition letter brief shall be served no later than 12 noon EST, Friday, March 14, 2008. The reply letter brief shall be served no later than 5:00 p.m. EST, Monday, March 17, 2008. A hearing will be held on the matter on Wednesday, March 19, 2008, at a time yet to be scheduled. In this regard, please expect contact from Mary LeVan.

IT IS SO ORDERED.

Very truly yours,

Vincent J. Poppiti
Special Master

VJP/mcl

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

062038.00618/40173590v.1

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong