## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 28, 2008

The Honorable Vincent J. Poppiti
Special Master
Blank Rome LLP
Chase Manhattan Center, Suite 800
Wilmington, DE 19801-4226

VIA ELECTRONIC FILING
AND HAND DELIVERY

Re: *ProMOS Technologies, Inc. v. Freescale Semiconductor, Inc.*,
C.A. No. 06-788-JJF

Dear Judge Poppiti:

Attached hereto for filing is ProMOS Technology, Inc.'s sealed January 11, 2008 letter to the Special Master, which was previously sent to the Special Master and counsel for Freescale Semiconductor, Inc.

Respectfully,

/s/ *Lauren E. Maguire*

Lauren E. Maguire

Attachments

cc: Mary B. Graham, Esquire (via electronic mail)
Steven J. Routh, Esquire (via electronic mail)
David L. Witcoff, Esquire (via electronic mail)

{00204744;v1}

# FILED UNDER SEAL