# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

March 20, 2008

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

HAND DELIVERY

The Honorable Vincent J. Poppiti
Special Master
Blank Rome LLP
Chase Manhattan Center, Suite 800
Wilmington, DE 19801-4226

**REDACTED
PUBLIC VERSION**

Re:    *ProMOS Technologies, Inc. v. Freescale Semiconductor, Inc.,*
       C.A. No. 06-788-JJF (DM 4)

Dear Judge Poppiti:

During yesterday's conference call, you asked whether additional portions of the March 4, 5, and 6 deposition transcripts not yet submitted by the parties might be relevant to matters under consideration. The answer to that question is yes. The rough transcripts for those depositions, which are short, are attached hereto. In addition, we have attached the rough transcript of a more recent deposition conducted March 12, after our March 10 letter, which relates to products that incorporate the e600 core. Please note:

**REDACTED**

The Honorable Vincent J. Poppiti
March 20, 2008
Page 2

**REDACTED**

We will elaborate on the points made above and provide additional information when the conference call hearing on this matter resumes later today.

{00203565;v1}

The Honorable Vincent J. Poppiti
March 20, 2008
Page 3

Respectfully,

Lauren E. Maguire

LEM/nml
Attachments

cc:    Mary B. Graham, Esquire (via electronic mail w/ attachments)
       Steven J. Routh, Esquire (via electronic mail w/ attachments)
       David L. Witcoff, Esquire (via electronic mail w/ attachments)

# EXHIBITS 1 – 4

# REDACTED IN THEIR ENTIRETY