IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | REDACTED |
| | ) | PUBLIC VERSION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-788 (JJF) |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PROMOS'S LETTER TO THE SPECIAL MASTER
FOLLOWING UP ON APRIL 1, 2008 DISCOVERY TELECONFERENCE**

# DM4

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel*:

William H. Wright
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4672

Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-6472

Dated: April 2, 2008

Dear Judge Poppiti:

This letter will highlight the major differences in the proposals submitted yesterday by ProMOS and Freescale relating to DM4. Additional differences are reflected in the proposed drafts.

**REDACTED**

The Honorable Vincent J. Poppiti
April 2, 2008
Page 3

**REDACTED**

{00205847;v1}

The Honorable Vincent J. Poppiti
April 2, 2008
Page 4

We are happy to discuss these issues with you further, either at the meeting on Friday or on a call anytime before then, if you feel it would be useful.

                                                        Respectfully,

                                                        /s/ *Lauren E. Maguire*

                                                        Lauren E. Maguire (#4261)

JGD/ nml

cc:    Mary B. Graham, Esquire (via electronic mail)
        Steven J. Routh, Esquire (via electronic mail)
        David L. Witcoff, Esquire (via electronic mail)

{00205847;v1}