IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-788 (JJF) |
| | ) |
| FREESCALE SEMICONDUCTOR, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATION OF JAMES L. WAMSLEY IN SUPPORT OF
FREESCALE SEMICONDUCTOR'S DISCOVERY LETTER (D.I. 196)**

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Mary B. Graham (#2256)
        James W. Parrett, Jr. (#4292)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        302.658.9200
        *Attorneys for Freescale Semiconductor, Inc.*

OF COUNSEL:

David L. Witcoff
Kevin P. Ferguson
John M. Michalik
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
312.782.3939

James L. Wamsley III
F. Drexel Feeling
Thomas R. Goots
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
216.586.3939

May 19, 2008

### CERTIFICATION OF JAMES L. WAMSLEY IN SUPPORT OF FREESCALE SEMICONDUCTOR'S MAY 13, 2008 DISCOVERY LETTER

The undersigned counsel for Freescale Semiconductor, Inc. hereby certifies as follows. I first raised the issue of whether ProMOS Technologies, Inc. would agree to answer Freescale's interrogatory no. 30 with respect to Freescale's request for admissions 25, 26, 41-48, 59 and 60 by email sent to counsel for ProMOS on April 28, 2008. ProMOS did not respond to that April 28 email in writing, but the issue was discussed during a meet and confer telephone conference the parties had on May 12, 2008 to discuss various outstanding discovery disputes, which lasted a total of approximately 90 minutes. During that telephone conference, ProMOS indicated that it was unwilling to provide any further answer to Freescale's interrogatory no. 30.

James L. Wamsley
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Counsel for Freescale Semiconductor, Inc.