IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | )  C.A. No. 06-788 (JJF) |
| v. | ) |
| FREESCALE SEMICONDUCTOR, INC., | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE FORM FOR FREESCALE SEMICONDUCTOR, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Freescale Semiconductor, Inc. identifies Freescale Semiconductor Holdings V, Inc., Freescale Semiconductor Holdings IV, Ltd., Freescale Semiconductor Holdings III, Ltd., Freescale Semiconductor Holdings II, Ltd., Freescale Semiconductor Holdings I, Ltd., and Freescale Holdings L.P. as its direct or indirect parent companies, and further states that no publicly held corporation owns 10% or more of Freescale Semiconductor, Inc.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
jparrett@mnat.com
302.658.9200

OF COUNSEL:

David L. Witcoff
Kevin P. Ferguson
John M. Michalik
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
312.782.3939

*Attorneys for Freescale Semiconductor, Inc.*

2

F. Drexel Feeling
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
216.586.3939

May 23, 2008
2341092

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that on May 23, 2008 true and correct copies of the foregoing were caused to be served upon the following parties in the manner indicated:

**BY HAND DELIVERY:**

Vincent J. Poppiti, Esq.
BLANK ROME LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226

**BY E-MAIL:**

Vincent J. Poppiti, Esq.
**poppiti@blankrome.com**
BLANK ROME LLP

WITH A COPY TO:

Elizabeth Oestreich
**oestreich@blankrome.com**
Mary Levan
**levan@blankrome.com**
Carrie David
**david-c@blankrome.com**
BLANK ROME LLP

**BY E-MAIL**

John G. Day, Esq.
Steven J. Balick, Esquire
ASHBY & GEDDES
**jday@ashby-geddes.com**
**sbalick@ashby-geddes.com**

Sten A. Jensen, Esq.
HOGAN & HARTSON LLP
**sajensen@hhlaw.com**

Steven J. Routh, Esq.
**sjrouth@hhlaw.com**
William H. Wright, Esq.
**whwright@hhlaw.com**
HOGAN & HARTSON LLP

William C. Gooding, Esq.
**billgooding@gooding-crittenden.com**
GOODING & CRITTENDEN, L.L.P.

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)