IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREESCALE SEMICONDUCTOR, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-788 (JJF) |

**STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS
RELATING TO U.S. PATENT NO. 6,670,267**

Pursuant to Rule 41(a), plaintiff ProMOS Technologies, Inc. ("ProMOS") and defendant Freescale Semiconductor, Inc. ("Freescale") hereby stipulate to the dismissal with prejudice of ProMOS's claims with respect to U.S. Patent No. 6,670,267 ("the '267 patent") and to the dismissal without prejudice of Freescale's counterclaims for declaratory judgment of invalidity and noninfringement of the '267 patent.

Nothing herein shall affect any of the claims, counterclaims or defenses relating to the remaining patents-in-suit.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNEL LLP |
|---|---|
| /s/ John G. Day | /s/ Mary Graham |
| Steven J. Balick (I.D. #2114) <br> John G. Day (I.D. #2403) <br> Lauren E. Maguire (I.D. #4261) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> TEL: (302) 654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> lmaguire@ashby-geddes.com | Mary Graham (I.D. #2256) <br> James W. Parrett, Jr. (I.D. #4292) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> TEL: (302) 658-9200 <br> mgraham@mnat.com <br> jparrett@mnat.com |

{00220299;v1}

*Of Counsel*:

William H. Wright
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
TEL: (310) 785-4672
FAX: (31) 785-4601
E-Mail: whwright@hhlaw.com


Steven J. Routh
Sten A. Jensen
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
TEL: (202) 637-6472
FAX: (202) 637-5910
E-Mail:sjrouth@hhlaw.com
sajensen@hhlaw.com

*Attorneys for Plaintiff*
*ProMOS Technologies, Inc.*

Dated: June 18, 2008

*Of Counsel:*

James L. Wamsley
Jones Day
North Point
901 Lakeside Avenue
Cleveland Ohio 44114
Tel: 1.216.586.3939
Fax: 1.216.579.0212
jlwamsleyiii@jonesday.com


David L. Witcoff
Jones Day
77 West Wacker
Chicago, Illinois 60601-1692
Tel: 1.312.782.3939
Fax: 1.312.782.8585
dlwitcoff@jonesday.com

*Attorneys for Defendant Freescale*
*Semiconductor, Inc.*