IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREESCALE SEMICONDUCTOR, INC., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-788 (JJF) |

## ORDER DENYING PROMOS'S REQUEST THAT FREESCALE IDENTIFY RTL FILES

On June 6, 2008, plaintiff ProMOS Technologies, Inc. ("ProMOS") and defendant Freescale Semiconductor, Inc. ("Freescale") both submitted letters addressing ProMOS's request that Freescale be compelled to identify the core-level and product-level RTL file name and production date for each representative product designated by Freescale. This issue was addressed during a June 9, 2008 teleconference.

After reviewing the parties' June 6, 2008 letter submissions and for reason stated on the record during the June 9, 2008 teleconference,

IT IS HEREBY ORDERED that ProMOS's request that Freescale be compelled to identify the core-level and product-level RTL files it has produced for each of the representative products is DENIED.

ENTERED this 17 day of June, 2008.

Vincent J. Poppiti (BSBA No. 100614)
Special Master