AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   **X** Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv788 | DATE FILED<br>12/22/2006 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE | |
|---|---|---|---|
| PLAINTIFF<br><br>Promos Technologies, Inc. | | DEFENDANT<br><br>Freescale Semiconductor, Inc. | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 6,670,267 B2 | 12/30/2003 | Mosel Vitelic Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Stipulation of Dismissal of Claims and Counterclaims Relating to U.S. Patent No. 6,670,267 |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Nicole M. Selmyer* | DATE<br>6/23//2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-788 (JJF) |
| ) | |
| FREESCALE SEMICONDUCTOR, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS
RELATING TO U.S. PATENT NO. 6,670,267**

Pursuant to Rule 41(a), plaintiff ProMOS Technologies, Inc. ("ProMOS") and defendant Freescale Semiconductor, Inc. ("Freescale") hereby stipulate to the dismissal with prejudice of ProMOS's claims with respect to U.S. Patent No. 6,670,267 ("the '267 patent") and to the dismissal without prejudice of Freescale's counterclaims for declaratory judgment of invalidity and noninfringement of the '267 patent.

Nothing herein shall affect any of the claims, counterclaims or defenses relating to the remaining patents-in-suit.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNEL LLP |
| */s/ John G. Day* | */s/ Mary Graham* |
| Steven J. Balick (I.D. #2114) | Mary Graham (I.D. #2256) |
| John G. Day (I.D. #2403) | James W. Parrett, Jr. (I.D. #4292) |
| Lauren E. Maguire (I.D. #4261) | 1201 North Market Street |
| 500 Delaware Avenue, 8th Floor | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19899 | TEL: (302) 658-9200 |
| TEL: (302) 654-1888 | mgraham@mnat.com |
| sbalick@ashby-geddes.com | jparrett@mnat.com |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |

{00220299;v1}

| | |
|---|---|
| *Of Counsel*: | *Of Counsel:* |
| William H. Wright<br>Hogan & Hartson LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>TEL: (310) 785-4672<br>FAX: (31) 785-4601<br>E-Mail: whwright@hhlaw.com | James L. Wamsley<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland Ohio 44114<br>Tel: 1.216.586.3939<br>Fax: 1.216.579.0212<br>jlwamsleyiii@jonesday.com |
| Steven J. Routh<br>Sten A. Jensen<br>Hogan & Hartson LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>TEL: (202) 637-6472<br>FAX: (202) 637-5910<br>E-Mail:sjrouth@hhlaw.com<br>sajensen@hhlaw.com | David L. Witcoff<br>Jones Day<br>77 West Wacker<br>Chicago, Illinois 60601-1692<br>Tel: 1.312.782.3939<br>Fax: 1.312.782.8585<br>dlwitcoff@jonesday.com |
| *Attorneys for Plaintiff*<br>*ProMOS Technologies, Inc.* | *Attorneys for Defendant Freescale*<br>*Semiconductor, Inc.* |

Dated: June 18, 2008

IT IS SO ORDERED this **20** day of June, 2008

_____
United States District Judge