

*Phone:*   *(302) 425-6410*
*Fax:*     *(302) 428-5132*
*Email:*   *Poppiti@BlankRome.com*

June 24, 2008

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
Wilmington, DE 19801

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

    Re:    **ProMOS Technologies, Inc. v. Freescale Semiconductor, Inc.,**
             **C.A. No. 06-788 (JJF) (DM 5c)**

Dear Counsel:

    Please provide an update on the status of production related to the issues raised in ProMOS's May 23, 2008 Reply Letter regarding damages documents. Please provide this information no later than tomorrow, June 25, 2008 by 9:00 am, EST.

                                  Yours very truly,

                                  Vincent J. Poppiti
                                ~~Special Master~~

VJP/mcl