IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | )    C.A. No. 06-788-JJF |
| | ) |
| v. | ) |
| | ) |
| FREESCALE SEMICONDUCTOR, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that William H. Wright, Steven J. Routh, and Sten A. Jensen, lead counsel to ProMOS Technologies, Inc. in the above action, and formerly with the law firm of Hogan & Hartson, L.L.P., have changed law firms. Their new firm name, addresses, telephone numbers, and facsimile numbers are as follows:

>William H. Wright, Esquire
>Orrick, Herrington & Sutcliffe LLP
>777 South Figueroa Street
>Suite 3200
>Los Angeles, CA  90017-5855
>Telephone:    213-629-2020
>Facsimile:    213-612-2499
>
>Steven J. Routh, Esquire
>Sten A. Jensen, Esquire
>Orrick, Herrington & Sutcliffe LLP
>Columbia Center
>1152 15th Street, N.W.
>Washington, DC  20005-1706
>Telephone:    202-339-8400
>Facsimile:    202-339-8500

It is requested that the new contact information listed above be used for all purposes, effective immediately.

{00227902;v1}

                    ASHBY & GEDDES

                    */s/ John G. Day*
                    _____
                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Lauren E. Maguire (I.D. #4261)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, DE 19899
                    (302) 654-1888
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com
                    lmaguire@ashby-geddes.com

                    *Attorneys for ProMOS Technologies, Inc.*

*Of Counsel*:

William H. Wright
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
(213) 629-2020

Steven J. Routh
Sten A. Jensen
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
(202) 339-8400

Susan M. Cook
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600

Dated: July 9, 2008