IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-788 (JJF) |
| v. | ) |
| | ) |
| FREESCALE SEMICONDUCTOR, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER IDENTIFYING PATENT CLAIMS ASSERTED BY PROMOS

After reviewing the parties' letter submissions and considering their oral presentations on the subject,

IT IS HEREBY ORDERED that the patent claims asserted by plaintiff ProMOS Technologies, Inc. ("ProMOS") in this action shall be claims 2, 8, 12, 14, 22 and 25 of U.S. Patent no. 5,488,709 and claims 1, 16 and 26 of U.S. Patent no. 5,732,241.

Nothing in this Order shall prevent ProMOS from reducing the number of patent claims asserted or defendant Freescale Semiconductor, Inc. from requesting a further Order that the number of asserted claims be reduced.

ENTERED this 15th day of July, 2008.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge