IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-788 (JJF) |
| | ) | |
| v. | ) | |
| | ) | **REDACTED PUBLIC** |
| FREESCALE SEMICONDUCTOR, INC., | ) | **VERSION** |
| | ) | |
| Defendant. | ) | |

**FREESCALE'S JULY 14, 2008 LETTER TO SPECIAL MASTER
REGARDING REPRESENTATIVE CLAIMS AND PRODUCTS**

# DM 6

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | Mary B. Graham (#2256) |
|  | James W. Parrett, Jr. (#4292) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE  19899-1347 |
|  | 302.658.9200 |
| David L. Witcoff | mgraham@mnat.com |
| Kevin P. Ferguson | *Attorneys for Freescale Semiconductor, Inc.* |
| John M. Michalik | |
| JONES DAY | |
| 77 West Wacker | |
| Chicago, IL  60601-1692 | |
| 312.782.3939 | |
|  | |
| James L. Wamsley III | |
| F. Drexel Feeling | |
| Thomas R. Goots | |
| JONES DAY | |
| North Point | |
| 901 Lakeside Avenue | |
| Cleveland, OH  44114-1190 | |
| 216.586.3939 | |

July 14, 2008
Redacted Filing Date: July 21, 2008

Dear Judge Poppiti:

This will respond to the Special Master's letter of July 9, 2008. Attached hereto are: (1) a form of order agreed upon by the parties identifying patent claims asserted by ProMOS (Exhibit 1), and (2) an agreed-upon chart identifying the Freescale representative products (Exhibit 2).

Respectfully,

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

MBG/dam
cc:     All counsel on service list
2407809

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROMOS TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-788 (JJF) |
| v. ) | |
| ) | |
| FREESCALE SEMICONDUCTOR, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER IDENTIFYING PATENT CLAIMS ASSERTED BY PROMOS

After reviewing the parties letter submissions and considering their oral presentations on the subject,

IT IS HEREBY ORDERED that the patent claims asserted by plaintiff ProMOS Technologies, Inc. ("ProMOS") in this action shall be claims 2, 8, 12, 14, 22 and 25 of U.S. Patent no. 5,488,709 and claims 1, 16 and 26 of U.S. Patent no. 5,732,241.

Nothing in this Order shall prevent ProMOS from reducing the number of patent claims asserted or defendant Freescale Semiconductor, Inc. from requesting a further Order that the number of asserted claims be reduced.

ENTERED this _____ day of July, 2008.

_____
Vincent J. Poppiti (BSBA No. 100614)
Special Master

# EXHIBIT 2

# REDACTED IN ITS ENTIRETY

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John G. Day, Esq.
>Steven J. Balick, Esq.
>ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 21, 2008 on the following individuals in the manner indicated:

**BY E-MAIL**

John G. Day, Esq.
Steven J. Balick, Esq.
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**jday@ashby-geddes.com**
**sbalick@ashby-geddes.com**

**BY E-MAIL**

Sten A. Jensen, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005

**sjensen@orrick.com**

**BY E-MAIL**

Steven J. Routh, Esq.
**srouth@orrick.com**
William H. Wright, Esq.
**wwright@orrick.com**
ORRICK, HERRINGTON & SUTCLIFFE LLP

Susan Cook, Esq.
Martin Price, Esq.
**promos@hhlaw.com**
HOGAN & HARTSON LLP

William C. Gooding, Esq.
**billgooding@gooding-crittenden.com**
GOODING & CRITTENDEN, L.L.P.

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)

695708