IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-788 (JJF) |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Freescale's Supplemental Responses to Plaintiff Promos Technologies Inc.'s First, Second, Third, Fourth and Fifth Sets of Interrogatories to Defendant Freescale Semiconductor, Inc.* were caused to be served on July 22, 2008, upon the following in the manner indicated:.

**BY E-MAIL AND HAND DELIVERY**

John G. Day, Esq.
Steven J. Balick, Esq.
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**jday@ashby-geddes.com**
**sbalick@ashby-geddes.com**

**BY E-MAIL AND FEDERAL EXPRESS**

Sten A. Jensen, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005

**sjensen@orrick.com**

**BY E-MAIL**

Steven J. Routh, Esq.
**srouth@orrick.com**
William H. Wright, Esq.
**wwright@orrick.com**
ORRICK, HERRINGTON & SUTCLIFFE LLP

Susan Cook, Esq.
Martin Price, Esq.
**promos@hhlaw.com**
HOGAN & HARTSON LLP

William C. Gooding, Esq.
**billgooding@gooding-crittenden.com**
GOODING & CRITTENDEN, L.L.P.

- 2 -

                                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200
jparrett@mnat.com

*Attorneys for Freescale Semiconductor, Inc.*

OF COUNSEL:

David L. Witcoff
Kevin P. Ferguson
John M. Michalik
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
312.782.3939

F. Drexel Feeling
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
216.586.3939

July 22, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John G. Day, Esquire
> Steven J. Balick, Esquire
> ASHBY & GEDDES

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 22, 2008 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

John G. Day, Esq.
Steven J. Balick, Esq.
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**jday@ashby-geddes.com**
**sbalick@ashby-geddes.com**

**BY E-MAIL AND FEDERAL EXPRESS**

Sten A. Jensen, Esq.
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005

**sjensen@orrick.com**

**BY E-MAIL**

Steven J. Routh, Esq.
**srouth@orrick.com**
William H. Wright, Esq.
**wwright@orrick.com**
ORRICK, HERRINGTON & SUTCLIFFE LLP

Susan Cook, Esq.
Martin Price, Esq.
**promos@hhlaw.com**
HOGAN & HARTSON LLP

William C. Gooding, Esq.
**billgooding@gooding-crittenden.com**
GOODING & CRITTENDEN, L.L.P.

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

789672