IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-788 (JJF) |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between ProMOS Technologies, Inc. and Freescale Semiconductor, Inc. (collectively referred to as "the Parties"), through their counsel of record that:

1.    All claims and counterclaims presented by the Parties in this matter shall be dismissed with prejudice; and

2.    Each Party shall bear its own costs, fees and expenses that it incurred in this matter.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for ProMOS Technologies, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Mary B. Graham*
_____
Mary B. Graham (I.D. #2256)
James W. Parrett, Jr. (I.D. #4292)
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 658-9200
mgraham@mnat.com
jparrett@mnat.com

*Attorneys for Freescale Semiconductor, Inc.*

{00233432;v1}

*Of Counsel*:

Steven Routh
srouth@orrick.com
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th St, NW
Washington DC 20005

Dated:  August 1, 2008

*Of Counsel*:

David L. Witcoff
dlwitcoff@jonesday.com
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692