AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   **X** Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv788 | DATE FILED<br>12/22/2006 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Promos Technologies, Inc. | | DEFENDANT<br><br>Freescale Semiconductor, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,488,709 | 1/30/1996 | MOS Electrics, Corp. |
| 2 | 5,732,241 | 3/24/1998 | MOS Electrics, Corp. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Joint Stipulation of Dismissal |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Nicole M Seimyer* | DATE<br>8/15/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PROMOS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-788 (JJF) |
| | ) | |
| FREESCALE SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between ProMOS Technologies, Inc. and Freescale Semiconductor, Inc. (collectively referred to as "the Parties"), through their counsel of record that:

1. All claims and counterclaims presented by the Parties in this matter shall be dismissed with prejudice; and

2. Each Party shall bear its own costs, fees and expenses that it incurred in this matter.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *John G. Day* | /s/ *Mary B. Graham* |
| Steven J. Balick (I.D. #2114) | Mary B. Graham (I.D. #2256) |
| John G. Day (I.D. #2403) | James W. Parrett, Jr. (I.D. #4292) |
| Lauren E. Maguire (I.D. #4261) | 1201 Market Street |
| 500 Delaware Avenue, 8th Floor | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19899 | Tel: (302) 658-9200 |
| Tel: (302) 654-1888 | mgraham@mnat.com |
| sbalick@ashby-geddes.com | jparrett@mnat.com |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |
| *Attorneys for ProMOS Technologies, Inc.* | *Attorneys for Freescale Semiconductor, Inc.* |

{00233432;v1}

*Of Counsel*:

Steven Routh
srouth@orrick.com
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th St, NW
Washington DC 20005

*Of Counsel*:

David L. Witcoff
dlwitcoff@jonesday.com
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692

Dated: August 1, 2008

SO ORDERED this 13 day of August, 2008

_____
United States District Judge

{00233432;v1}